IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ROBERT HARDIN GAUTREAUX, JR.                                                      PLAINTIFF

v.                           Civil No. 6:09-cv-06081

CAPTAIN STEED, ET AL.                                                             DEFENDANTS

## MEMORANDUM OPINION

Plaintiff, Robert Hardin Gautreaux, Jr. (hereinafter Gautreaux), filed this action pursuant to 42 U.S.C. § 1983 on September 10, 2009.  He proceeds *pro se* and *in forma pauperis*.  The case is before me on the consent of the parties (Doc. 10).

On March 17, 2010, Defendants filed a motion for summary judgment (Doc. 14, Doc. 15 & Doc. 16).  On April 14, 2010, an order (Doc. 17) was entered directing Gautreaux to complete an attached notice regarding the summary judgment motion.  The notice required Gautreaux to state whether he would file a response to the summary judgment motion on his own or was requesting the Court's assistance by the preparation of a questionnaire.

Gautreaux was directed to return the attached notice by May 12, 2010.  Gautreaux was advised (Doc. 17) that if he failed to return the attached notice by May 12, 2010, the case would be subject to summary dismissal for failure to obey the order of this Court and failure to prosecute this action.

To date, Gautreaux has not returned the notice.  He has not requested an extension of time to file the notice.  The Court's order was sent to the address contained on the docket sheet.  The order and attached notice have not been returned as undeliverable.

By separate order, this case will be dismissed based on Gautreaux's failure to obey the order of the Court and his failure to prosecute this action. Fed. R. Civ. P. 41(b).

DATED this 1st day of June 2010.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE