IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ROBERT HARDIN GAUTREAUX, JR.                                         PLAINTIFF

v.                            Civil No. 6:09-cv-06081

CAPTAIN STEED, ET AL.                                                DEFENDANTS

## **JUDGMENT**

For the reasons stated in the memorandum opinion of this date, the Court finds that the Plaintiff recover nothing and that the Complaint (Doc. 1) should be and hereby is **DISMISSED** with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 1st day of June 2010.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE